**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **KIANDRA LOVE,**<br><br>  **Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br><br>  **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL ACTION NO.**
**1:25-CV-02855-TRJ-LRS**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Kiandra Love, and Defendant, Equifax Information Services LLC, through their undersigned counsel, that Plaintiff's claims asserted against Defendant in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

[*signatures on following page*]

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph L. Gentilcore | /s/ Eric F. Barton |
| Joseph L. Gentilcore | Eric F. Barton |
| *Admitted Pro Hac Vice* | SEYFARTH SHAW, LLP |
| FRANCIS MAILMAN SOUMILAS, P.C. | 1075 Peachtree Street NE |
| 1600 Market St., Suite 2510 | Suite 2500 |
| Philadelphia, PA 19103 | Atlanta, GA 30309 |
| T: (215) 735-8600 | T: (404) 885-1500 |
| jgentilcore@consumerlawfirm.com | ebarton@seyfarth.com |
| **Attorneys for Plaintiff** | **Attorneys for Equifax Information Services LLC** |

Dated: March 26, 2026

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to LR 5.1B and 7.1D, that the foregoing complies with the font and point selections approved by the court in LR 5.1B.

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY:   /s/ Joseph L. Gentilcore
        JOSEPH L. GENTILCORE
        *Admitted Pro Hac Vice*
        1600 Market Street, Suite 2510
        Philadelphia, PA 19103
        215-735-8600
        *Attorney for Plaintiff*

Date: March 26, 2026